Janan A. Davis, Jeremy Michael McNabb, Jason E. Owens, Rainwater & Holt, Little Rock, AR, for Appellees.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Inmate Carl Edward Willis appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. As to the claims Willis has not abandoned on appeal, see *Griffith v. City of Des Moines*, 387 F.3d 733, 739 (8th Cir.2004), and that warrant our review, see *Meyers v. Starke*, 420 F.3d 738, 743 (8th Cir.2005) (to be reviewable, issue must be presented in brief with some specificity), we have carefully reviewed the record and considered Willis's arguments for reversal. We conclude that the claims at issue on appeal were properly dismissed following the evidentiary hearing. *See Choate v. Lockhart*, 7 F.3d 1370, 1373 & n. 1 (8th

Cir.1993) (standard of review).[2] Accordingly, we affirm. *See* 8th Cir. R. 47B.

R.S. McCULLOUGH; Darrell F. Brown, Sr., Appellants,

v.

Stark LIGON, in his capacity of Executive Director of Arkansas Committee on Professional Conduct; J. Michael Cogbill, in his capacity as Chairman of APCC Panel; State of Arkansas; Tom Glaze, in his official capacity as Justice of the Arkansas Supreme Court; Robert Brown, in his official capacity as Justice of the Arkansas Supreme Court, Defendants—Appellees,

Betty Dickey, in her official capacity as Justice of the Arkansas Supreme Court, Defendant,

James Hannah, in his official capacity as Justice of the Arkansas Supreme Court; Annabelle Clinton Imber, in her official capacity as Justice of the Arkansas Supreme Court; Donald Corbin, in his official capacity as Justice of the Arkansas Supreme Court; Jim Gunter, in his official capacity as Justice of the Arkansas Supreme

---

**Court; Paul E. Danielson, in official capacity as Justice of the Arkansas Supreme Court, Defendants—Appellees.**

No. 10–2144.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 29, 2010.

Filed: Feb. 15, 2011.

R.S. McCullough, Little Rock, AR, pro se.

Darrell F. Brown, Sr., Horatio, AR, pro se.

Sherri L. Robinson, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

R.S. McCullough and Darrell Brown, Sr., appeal the district court's[1] order dismissing without prejudice, their civil rights action, for lack of service and failure to prosecute. Upon reviewing for abuse of discretion, *see Boyle v. Am. Auto Serv., Inc.*, 571 F.3d 734, 742 (8th Cir.2009) (Fed. R.Civ.P. 41(b) dismissal); *Moore v. Jackson*, 123 F.3d 1082, 1085 (8th Cir.1997) (per curiam) (Fed.R.Civ.P. 4(m) dismissal),

this court finds none and affirms. *See 8th Cir. R. 47B.*

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota, sitting by designation in the Eastern District of Arkansas.